788

*Mr. Francis H. Hare* for respondents.

No. 410. EGAN *v.* UNITED STATES; and

No. 414. UNION ELECTRIC Co. *v.* UNITED STATES. November 15, 1943. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. The CHIEF JUSTICE, MR. JUSTICE DOUGLAS, and MR. JUSTICE JACKSON took no part in the consideration or decision of these applications. *Mr. Thomas Bond* for petitioner in No. 410; and *Mr. William L. Igoe* for petitioner in No. 414. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Oscar A. Provost* and *Homer Kripke,* and *Miss Beatrice Rosenberg* for the United States. Reported below: 137 F. 2d 369.

No. 415. ABRAMS ET AL. *v.* CLEVELAND TERMINALS BUILDING Co. November 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. Meyer Abrams* for petitioners. *Mr. J. Hall Kellogg* for respondent.

No. 251. COY *v.* JOHNSTON, WARDEN. November 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Bernard Paul Coy, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Melva M. Graney* for respondent.

No. 411. ILLINOIS EX REL. VIEAUX *v.* RAGEN, WARDEN, ET AL. November 15, 1943. Petition for writ of certiorari